UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS PAUL LEBON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14-CV-1194 CAS |
| THOMAS C. GRADY, MADELLINE CONNOLLY, THOMAS SCANLON, and DAVID BARCZEWSKI, | ) ) ) ) ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order issued on this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's federal claims brought pursuant to 42 U.S.C. § 1983 are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over plaintiff's state law tort claims, and these claims are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that an appeal from this action would not be taken in good faith.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 16th day of October, 2014.